

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2023

No. 04-22-00684-CR

Angel Jonathan **KOENIGSTEIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR6833
Honorable Michael E. Mery, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on February 15, 2023.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of February, 2023.

_____
Michael A. Cruz, Clerk of Court